RECEIVED
IN MONROE, LA

AUG 0 6 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ANGELA FLETCHER | * | CIVIL ACTION NO. 3:07CV0847 |
| VERSUS | * | JUDGE JAMES |
| WENDELTA, INC., DENARD WILSON, And DON SAPP | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's motion to dismiss [Doc. No. 8] be **GRANTED IN PART AND DENIED IN PART.** Defendant's motion is **GRANTED** as to Plaintiff's 2004 and 2005 federal claims and as to Plaintiff's 2004 state law claims. However, Defendant's motion is **DENIED** as to her 2005 state law claims.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the remaining 2005 state law claim is **REMANDED forthwith** to the Sixth Judicial District Court for the Parish of Madison, State of Louisiana, for further proceedings

MONROE, LOUISIANA, this 6 day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE